William A. TINNEY, Jr., Appellant,

v.

UNITED STATES of America, Appellee.

No. 13504.

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 14, 1956.

Decided Dec. 27, 1956.

Petition for Rehearing Denied March 19, 1957.

Mr. William B. Bryant, Washington, D. C., with whom Mr. Henry Lincoln Johnson, Jr., Washington, D. C., was on the brief, for appellant.

Mr. Milton Eisenberg, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., Lewis Carroll and Harold H. Titus, Jr., Asst. U. S. Attys., were on the brief, for appellee.

Before BAZELON, WASHINGTON and BASTIAN, Circuit Judges.

PER CURIAM.

In this appeal from a conviction under D.C.Code, § 22–1210 (1951), we find no error affecting substantial rights. Patton v. United States, 1930, 281 U.S. 276, 298, 50 S.Ct. 253, 74 L.Ed. 854; Henry v. United States, 1921, 50 App.D.C. 366, 375, 273 F. 330, 339.

Affirmed.